IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMMIE BROWN**                                                                                              **PLAINTIFF**

**V.**                           **CASE NO. 4:14-cv-00501-KGB**

**FAULKNER COUNTY SHERIFF'S**                                                    **DEFENDANTS**
**DEPARTMENT, et al.**

## OPINION AND ORDER

Plaintiff Sammie Brown filed this lawsuit on August 26, 2014 (Dkt. No. 1). In its May 12, 2015, Order, the Court ordered Mr. Brown to submit a complete *in forma pauperis* application or pay the filing fee within 30 days (Dkt. No. 5). The Court cautioned Mr. Brown that it would dismiss his claims if he failed to comply with the Court's May 12 Order. To date, Mr. Brown has failed to comply with the Court's May 12 Order, and the time for doing so has passed. Therefore, the Court dismisses without prejudice Mr. Brown's claims.

SO ORDERED this 23rd day of June, 2015.

Kristine G. Baker
United States District Judge