IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMMIE BROWN**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4:14-cv-00501 KGB/BD**

**FAULKNER COUNTY SHERIFF'S**                                                      **DEFENDANTS**
**DEPARTMENT, et al.**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses without prejudice this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this 23rd day of June, 2015.

_____
Kristine G. Baker
United States District Judge